3

Eric J. Schwab 145600 - SBN:
ATTORNEY AT LAW
555 University Avenue, Suite 130
Sacramento, CA 95825
Ph: (916) 564-9588

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>HAYES, GERALD<br>DE CRISTOFARO, DANETTE<br><br>                                       Debtors | Case No. 16-28528-C-7<br>Hearing Date: April 4, 2017<br>Hearing Time: 9:30 am<br>Courtroom 35 - Dept C<br>Honorable Klein<br>Docket Control No.: EJS-1 |

## MOTION TO COMPEL THE TRUSTEE TO ABANDON THE ESTATE'S INTEREST IN REAL PROPERTY AND OTHER ASSETS OF THE BANKRUPTCY ESTATE

Eric J. Schwab of Law Offices of Eric J. Schwab, on behalf of Gerald Hayes and Danette De Cristofaro, the Debtor herein, hereby moves this Court for an Order Compelling the Trustee to Abandon the Estate's interest in Real Property and Other Assets of the Bankruptcy Estate. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on December 30, 2016. Hank Spacone was duly appointed to serve as the Trustee in this case.

2. This motion is brought pursuant to 11 U.S.C. §554(b) and Rule 6007 of the Federal Rules of Bankruptcy Procedure.

3. As shown Schedule A of the filed schedules of this case, the Debtors have an interest in the real property commonly-known as 4246 Borderlands Drive, Rancho Cordova, CA 95742 (hereinafter, the "ASSET"). A copy of schedule A is shown in the concurrently-

Motion to Abandon Real Property and Other Assets of the Bankruptcy Estate

filed Exhibits and is incorporated herein by reference. The Debtor believes and assert that the reasonable, fair-market value of the ASSET is **$418,888.00**.

4. This asserted value is based on the opinion of the Debtor. The Declaration of the Debtor in support of this value is filed concurrently with this Motion and incorporated herein by reference.

5. As shown in Schedule D of the filed case, Caliber Home Loans holds a valid security interest in the ASSET. A copy of schedule D is shown in the concurrently-filed Exhibits and is incorporated herein by reference.

6. The Debtor further believes and assert that the present balance owed by the Debtor to the creditor is **$297,431.00.**

7. As shown in Schedule C of the filed case, the Debtor has claimed an exemption in this ASSET in the amount of $121,457.00. A copy of Schedule C is shown in the concurrently-filed Exhibits and is incorporated herein by reference.

8. In summary

    Value of ASSET......................................................................$418,888.00

    Less: Creditor liens................................................................$297,431.00

    Adjusted Equity......................................................................$121,457.00

    Less: Exemption claimed........................................................$121,457.00

    Net Equity.............................................................................. $-0.00

9. Pursuant to §554(b) of Title 11 US Codes[1], the Court may order the Trustee to abandon the estate's interest in assets of the estate.

---

[1] 11 US Codes, §554(b): "On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

Motion to Abandon Real Property and Other Assets of the Bankruptcy Estate

10. Additionally, the Debtor has an interest in numerous items of personal property, listed specifically on her Amended Schedule B (see Exhibits). The value of these personal property items total $5,268.43.

11. The Debtor is now seeking to abandon all personal property items listed on his Schedule B <u>with the exception of the following item</u>:

- *Undetermined 2016 Tax Refunds*
- *Cash on hand*
- *Bank Deposits*

12. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtor, to file a motion seeking to compel the Trustee to abandon property of the estate.

13. Based on the foregoing and the Declarations filed herewith, the Debtor asserts that the value of the estate's interest in the ASSET is $0.00.

## RESTATEMENT

WHEREFORE, the Debtors move the Court to compel the Trustee to Abandon the estate's interest in this ASSET.

Respectfully submitted on February 14, 2017.

/s/ *Eric J. Schwab*
Eric J. Schwab
555 University Ave, Ste. 130
Sacramento, CA 95825

Motion to Abandon Real Property and Other Assets of the Bankruptcy Estate